890

*Certiorari Granted.*

No. 359.   HIATT, WARDEN, *v.* BROWN.   C. A. 5th Cir. Certiorari granted.   *Solicitor General Perlman* for petitioner.   *Walter G. Cooper* for respondent.

No. 384.   COMMISSIONER OF INTERNAL REVENUE *v.* KORELL.   C. A. 2d Cir.   Certiorari granted.   *Solicitor General Perlman* for petitioner.   *Paul L. Peyton* for respondent.

No. 403.   REIDER *v.* THOMPSON, TRUSTEE.   C. A. 5th Cir.   Certiorari granted.   *Eberhard P. Deutsch* for petitioner.

No. 373.   COHNSTAEDT *v.* IMMIGRATION & NATURALIZATION SERVICE OF THE U. S. DEPARTMENT OF JUSTICE. Supreme Court of Kansas.   Certiorari granted.   MR. JUSTICE CLARK took no part in the consideration or decision of this application.   *Osmond K. Fraenkel* for petitioner.   *Solicitor General Perlman* and *Assistant Attorney General Campbell* for respondent.

No. 391.   SLOCUM, GENERAL CHAIRMAN, DIVISION No. 30, ORDER OF RAILROAD TELEGRAPHERS, *v.* DELAWARE, LACKAWANNA & WESTERN RAILROAD Co.   Court of Appeals of New York.   Certiorari granted.   *Leo J. Hassenauer* and *Manly Fleischmann* for petitioner.   *Rowland L. Davis, Jr.* and *Halsey Sayles* for respondent.

*Certiorari Denied.*

No. 335.   WHITCOMB ET AL. *v.* CLARK, DRAIN COMMISSIONER, ET AL.   Supreme Court of Michigan.   Certiorari denied.   *Lee E. Joslyn* and *Irvin Long* for petitioners.

*Stephen J. Roth,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, *Daniel J. O'Hara* and *Ernest O. Zirkalos,* Assistant Attorneys General, for respondents.

No. 350.   UNITED STATES *v.* WALKER.   C. A. 2d Cir. Certiorari denied.   *Solicitor General Perlman* for the United States.   *Peter L. F. Sabbatino* and *Thomas J. Todarelli* for respondent.

No. 383.   GILSON BROTHERS *v.* WISCONSIN EMPLOYMENT RELATIONS BOARD.   Supreme Court of Wisconsin. Certiorari denied.   *Clark M. Robertson* and *Howard R. Johnson* for petitioner.   *Thomas E. Fairchild,* Attorney General of Wisconsin, *Stewart G. Honeck,* Deputy Attorney General, and *Beatrice Lampert,* Assistant Attorney General, for respondent.   *Solicitor General Perlman* and *Robert N. Denham* filed a brief for the National Labor Relations Board, as *amicus curiae,* supporting the petition.

No. 385.   DISTRICT OF COLUMBIA *v.* HAMILTON NATIONAL BANK OF WASHINGTON.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Vernon E. West, Chester H. Gray, George C. Updegraff* and *Harry L. Walker* for petitioner.   *Roger J. Whiteford, John J. Wilson* and *Philip S. Peyser* for respondent.

No. 401.   DISTRICT OF COLUMBIA *v.* BANK OF COMMERCE & SAVINGS ET AL.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied. *Vernon E. West, Chester H. Gray, George C. Updegraff*